IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAUL M. FISCHER ET AL.,
   *Plaintiffs*,

v.

ISE AMERICA, INC.,
   *Defendant*.

Civil Action No. ELH-14-1314

## ORDER

For the reasons set forth in the accompanying Memorandum, it is this 5th day of November, 2014, by the United States District Court for the District of Maryland, ORDERED that defendant's Motion (ECF 4) is DENIED.

/s/
Ellen Lipton Hollander
United States District Judge